## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-00578-WDM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 25, 2008 | **Courtroom Deputy:** Valeri P. Barnes |

| | |
|---|---|
| DRY CLEAN SUPER CENTER, INC., | Andrew Kochanowski |
| | Keith Jarvis |
| **Plaintiff,** | Henri Harman |
| v. | |
| KWIK INDUSTRIES, INC., *et al.* | David Chipman |
| | Kelly Murphy |
| **Defendants.** | Mark Smith |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC STATUS CONFERENCE

**10:18 a.m.** Court in session.

Counsel discuss the status of the case with the Court.

**ORDERED:** Plaintiff's Oral Motion to Withdraw Document Number 47 is **granted**.

**ORDERED:** Plaintiff's Motion to Voluntarily Dismiss Defendant Dry Clean Super Center, Inc. (Lakewood, Co Branch) Without Prejudice, and to Dismiss its Counterclaim as an Improper Pleading **(47)** is **withdrawn**.

**ORDERED:** Telephonic Status Conference set for **September 30, 2008, at 11:30 a.m. Counsel shall create a conference call and then contact the court at (303) 844-2117 to participate in the conference.**

**10:29 a.m.** Court in recess/hearing concluded.

Total time in court: 00:11