IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00578-WDM-CBS

DRY CLEAN SUPER CENTER, INC.,

    Plaintiff,

v.

KWIK INDUSTRIES, INC.,
DRY CLEAN SUPER CENTER, INC., (LAKEWOOD)
RAY ELLIS,

    Defendants.

## NOTICE OF DISMISSAL OF DRY CLEAN SUPER CENTER, INC. ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal as to Dry Clean Super Center, Inc. only, in accordance with Fed. R. Civ. P. 41(a)(ii). Accordingly, the complaint is dismissed without prejudice as to this defendant only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 1, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge

PDF FINAL