IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| Civil Action No.: 08-cv-00578-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: June 2, 2010 | Courtroom Deputy: Linda Kahoe |

| DRY CLEAN SUPER CENTER, INC., | Andrew Jack Kochanowski |
| | Richard W. Pruett |
| Plaintiff, | |
| v. | |
| KWIK INDUSTRIES, INC., *et al.*, | David S. Chipman |
| | Jeffrey D. Felder |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 4:04 p.m.
Court calls case. Appearances of counsel.

Discussion regarding the deposition schedule.

**ORDERED:** The Stipulated Motion to Modify Case Management Order, doc #[75], is **GRANTED**. The discovery cutoff is extended to **JUNE 28, 2010.** Affirmative experts must be designated by **JULY 30, 2010.** Rebuttal experts must be designated by **SEPTEMBER 3, 2010.** Dispositive motion deadline is **SEPTEMBER 17, 2010.**

**ORDERED:** A Final Pretrial Conference is set for **OCTOBER 5, 2010 at 10:45 a.m.** A Proposed Final Pretrial Order is due 5 days prior.

Discussion regarding settlement. The court requests that counsel contact the court if they would like another settlement conference.

Mr. Kochanowski states there may be disagreement about the relevance of some documents and outstanding written discovery.

The court suggests that counsel meet and confer regarding the tax return issue prior to taking the depositions.

The court states it will not be available between noon on June 8th and noon on June 15th. If counsel need to reach the court this Friday morning, they should call chambers.

HEARING CONCLUDED.
**Court in recess**: 4:17 p.m.
Total time in court: 00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.