**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: **08-cv-00578-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| Date: **September 3, 2010** | **Courtroom Deputy:** Linda Kahoe |

DRY CLEAN SUPER CENTER, INC.,                    Andrew Jack Kochanowski
                                                  H. Keith Jarvis

      Plaintiff,

      v.

KWIK INDUSTRIES, INC., *et al.,*                    David S. Chipman

      Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      4:00 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendants' Unopposed Motion to Amend Scheduling Order and Extend
Deadlines for Rebuttal Expert Disclosures and Rule 56 Motions, doc #[95], filed 9/2/2010.

**ORDERED:**   Defendants' Unopposed Motion to Amend Scheduling Order and Extend
Deadlines for Rebuttal Expert Disclosures and Rule 56 Motions, doc #[95], is
**GRANTED IN PART AND DENIED IN PART**.   Defendants are allowed to
submit a rebuttal expert report on or before **SEPTEMBER 15, 2010.  THE
COURT WILL NOT EXTEND THIS DEADLINE ANY FURTHER**.  The
parties have until the close of business on **SEPTEMBER 7, 2010** to determine
what Plaintiff's expert has or does not have.  The court encourages Mr.
Kochanowski to communicate directly with his expert, and then communicate
directly with Mr. Chipman.  The Dispositive Motion deadline remains set for
**SEPTEMBER 17, 2010.**

HEARING CONCLUDED.

**Court in recess**:      **4:28 p.m.**
Total time in court:    00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at
(303) 825-6119 or toll free at 1-800-962-3345.