IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  March 17, 2011 |

_____

| | |
|---|---|
| Civil Case No.   08-cv-00578-WJM-CBS | Counsel: |
| DRY CLEAN SUPER CENTER, INC., | Andrew Kochanowski<br>H. Keith Jarvis |
| Plaintiff, | |
| v. | |
| KWIK INDUSTRIES, INC., | David Chipman<br>Jeffrey Felder |
| Defendant. | |

_____

COURTROOM MINUTES
_____

MOTIONS HEARING

10:05  a.m.   Court in Session

Appearances

Court's comments

10:09 Argument (by Mr. Felder)

10:18  Argument (by Mr. Chipman)

10:32  Argument (by Mr. Kochanowski)

10:56  Argument (by Mr. Chipman)

10:59  Argument (by Mr. Felder)

Court's findings and conclusions entered on the record.

**ORDERED:** Plaintiff Dry Clean Super Center's Motion for Summary Judgment on the counterclaim by the Defendants (Doc No. 102) is DENIED.

**ORDERED:** Defendant Kwik Industries' and Ray Ellis' Combined Motion for Summary Judgment (Doc No. 107) is GRANTED IN PART AND DENIED IN PART as follows:

- **Claim 1:** Federal Service Mark Infringement, RULING IS RESERVED;
- **Claim 2:** Federal Service Mark Dilution, RULING IS RESERVED;
- **Claim 3:** Federal Unfair Competition as to both Defendants is DENIED;
- **Claim 5:** Actual, Negligent & Constructive Fraud as to Defendant Kwik is DENIED;
- **Claim 6:** Fraudulent Concealment as to both Defendants is DENIED;
- **Claim 8:** Constructive Trust, as to Defendant Kwik, is DENIED;
- **Claim 10:** Unjust Enrichment, as to Defendant Ellis, is DENIED;
- **Claim 11:** Breach of Fiduciary Duty, as to Defendant Kwik, is DENIED; as to Defendant Ellis, RULING IS RESERVED;
- **Claim 12:** Breach of Texas Partnership Act, as to Defendant Ellis, RULING IS RESERVED;
- **Claim 13:** Attorney's Fees, as to Defendant Ellis, is DENIED;
- **Claim 14:** Aiding and Abetting Breach of Fiduciary Duty as to both Defendants is DENIED;
- **Claim 16:** Negligence as to both Defendants is DENIED.

**ORDERED:** The following claims are taken under advisement and the Court will issue a written ruling at a later date:

- **Claim 4:** Breach of Contract against Defendant Kwik;
- **Claim 5:** Actual, Negligent & Constructive Fraud against Defendant Ellis;
- **Claim 7:** Accounting for Profits against both Defendants;
- **Claim 9:** Declaratory Judgment against Defendant Kwik;
- **Claim 12:** Breach of Texas Partnership Act against Defendant Kwik [Note: this is a correction of the Court's oral comments on the record];
- **Claim 13:** Attorney's Fees Claim against Defendant Kwik.

With respect to these claims, the Court advises counsel it is inclined to grant summary judgment in part, based on application of the respective statutes of limitations.

Mr. Kochanowski's comments concerning Claim 4

Court's further comments

11:12 a.m.   Court in Recess
             Hearing concluded
             Time: 1/07