# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  08-cv-00578-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 13, 2012** | **Courtroom Deputy:**  Robin Mason |

| | |
|---|---|
| DRY CLEAN SUPER CENTER, INC., | Kevin Jay Stoops |
| | Richard W. Pruett |
| Plaintiff/Counter Defendants, | |
| v. | |
| KWIK INDUSTRIES, INC., et al., | David S. Chipman |
| | Timothy R. Beyer |
| Defendants/Counter Claimants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:       2:46 p.m.**
Court calls case.  Appearances of counsel.

Parties present arguments to court regarding Motion to Exclude the Proffered Expert Testimony of Robert R. McSorley and Robert M. Frank (Docket No. 175, filed on 12/16/2011).

For reasons as states on the record:

**ORDERED:**   The court denies the Motion to Exclude the Proffered Expert Testimony of Robert R. McSorley and Robert M. Frank (Docket No. 175, filed on 12/16/2011).

HEARING CONCLUDED.

**Court in recess**:       3:50 p.m.
Total time in court:     01:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.